# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

Nos. 06-1511/2451

_____

| | | |
|---|---|---|
| Alan R. Vaughn, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeals from the United States |
| | * | District Court for the |
| Richard Swatek; Curtis D. Foss; Myron | * | District of Minnesota. |
| Choquette, VFW Post # 2948 | * | |
| Quartermaster; Merchants Bank, N.A.; | * | [UNPUBLISHED] |
| Jennifer Hasbargen, Koochiching | * | |
| County Attorney; Carol Clauson, | * | |
| Koochiching County Court | * | |
| Administrator; Charles H. Ledue, | * | |
| Ninth Judicial District Court Judge; | * | |
| Donald J. Aandal, Ninth Judicial | * | |
| District Court Judge; Donna K. Dixon, | * | |
| Ninth Judicial District Court Judge; | * | |
| John P. Smith, Ninth Judicial District | * | |
| Court Judge; Martha Grimes, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: September 28, 2006
Filed: October 10, 2006

_____

Before SMITH, MAGILL, and BENTON, Circuit Judges.

_____

PER CURIAM.

In this civil rights action brought by Alan Vaughn asserting defendants violated his constitutional rights and participated in a broad conspiracy, Vaughn appeals the district court's[1] adverse grant of summary judgment (No. 06-1511), and the court's subsequent order restricting Vaughn from filing future actions in the District of Minnesota without prior court approval (No. 06-2451). Following careful review, we affirm the grant of summary judgment, see Mettler v. Whitledge, 165 F.3d 1197, 1200, 1202 (8th Cir. 1999) (summary judgment standard of review), and we find no abuse of discretion in the imposition of sanctions, see In re Tyler, 839 F.2d 1290, 1290-95 (8th Cir. 1988) (per curiam) (affirming district court's decision to restrict litigant's future filings and endorsing its rationale that excessive litigation burdens court resources and defendants, who have right to be free from harassing, abusive, and meritless litigation). In both rulings, we agree with the thorough analysis provided by the magistrate judge and adopted by the district court.

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.